# JIM DARNELL, P.C.
ATTORNEYS AND COUNSELORS AT LAW

**JIM DARNELL**
jdarnell@jdarnell.com

**JEEP DARNELL***
jedarnell@jdarnell.com
*Also Licensed in New Mexico

310 N. MESA ST., SUITE 212
EL PASO, TEXAS 79901
TELEPHONE (915) 532-2442
FACSIMILE (915) 532-4549

August 15, 2015

United States Court of Appeals
Fifth Circuit
Office of the Clerk

*Filed via CM/ECF with notice to the parties*

    Re:   No. 15-50119    Roswitha Saenz v. Jose Flores
                              USDC No. 3:14-CV-244

Dear Clerk of the Court,

     In accordance with this Court's instructions to provide a status report in this matter during the pendency of the stay herein, please accept this letter as that report. Plaintiff, Roswitha Saenz, has appealed the dismissal entered by the Court below as to defendant, the City of El Paso, Texas, which has been docketed by this Court as case number 15-50467. The District Court entered its order below with regard to the Fed. R. Civ. P. 12(b)(6) motion to dismiss filed by G4S Secure Solutions, Inc., and its employee, Alejandro Romero. Mr. Romero has filed his notice of appeal, Doc. Number 136 with the District Court below, and that matter should be docketed by this Court in short order. Accordingly, it is believed that the stay is no longer needed and the parties may pursue their various appeals in conjunction with each other as well as participate in a settlement conference.

     I hope this provides the Court with sufficient detail regarding the status of the district court case below. If you have any questions, please do not hesitate to contact us. Thank you for your cooperation.

                                             Sincerely,

                                             Jeep Darnell

08152015 status letter to Fifth Circuit.wpd